IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

<u>Joetta Troutman (transferred incorrectly as Jetta Toutman)</u>

Civil Case # 1:24-cv-7122-RLY-TAB

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiff set forth in the above referenced matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: 1/16/25 | /s/ Matthew R. Lopez<br>Matthew R. Lopez<br>(Admitted *Pro Hac Vice*, CA Bar No. 263134)<br>**Rueb Stoller Daniel, LLP**<br>120 Vantis, Suite 430<br>Aliso Viejo, CA 92656<br>Tel: (866) 225-5773<br>Fax: (855) 203-2035<br>matt.lopez@lawrsd.com<br><br>***Counsel for Plaintiff***|

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                    */s/ Matthew R. Lopez*
                                                    Matthew R. Lopez